UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GEORGINA HAVRYLOVYCH,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 09-1113-HA

ORDER

HAGGERTY, District Judge:

    On January 25, 2011, this court found that plaintiff is unable to engage in any substantial gainful activity by reason of her impairment, and that this case must be remanded to the Commissioner for the proper calculation and award of Supplemental Security Income Benefits on behalf of plaintiff Georgina Havrylovych. On April 1, 2011, plaintiff's counsel filed a stipulated application for an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $6,375.00. Defendant Commissioner has stipulated to this application.

    This court concludes that counsel for plaintiff's Application for EAJA Fees [26] is proper. The application is granted as follows: It is ordered that the aforementioned EAJA fee will be paid to plaintiff's attorney, upon verification that plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v.*

1 - ORDER

*Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees to the litigant, subjecting the fee calculation "to a federal administrative offset if the litigant has outstanding federal debts.").

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney, Karen Stolzberg, and mailed to the attorney's office at 11830 S.W. Kerr Parkway, #315, Lake Oswego, Oregon, 97035.

IT IS SO ORDERED.

DATED this ___ day of May, 2011.

                                        ANCER L. HAGGERTY
                                        United States District Judge